UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR361 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JERRY MEYSENBURG, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 10th day of August, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 4, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252 and 2253, based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following was forfeited to the United States:

    a.    One (1) Hard Drive, S/N WMA9S1315990

    b.    One (1) SD/MMC/RS-MMC USB 2.0

    c.    One (1) 2007-10-23A Micro SD/TraasFlash Adapter

    d.    One (1) 256 MB Lexar Zip Dr

    e.    One (1) 1.0 GB Cruzer Sandisk Zip Drive

    f.    One (1) Maxtor External Hard Dr., S/N TCO6ANPM

    g.    One (1) Toshiba Modem PCX 2200, S/N 5207919493 (Time Warner)

    h.    One (1) Saitek Eclipse Keyboard, S/N 5K58405024B

    i.    One (1) Logitech FCC 10 DZLF0414AD, Model #F-0414AD

  j.  One (1) Dell Dimension 2400 Computer - S/N Product Key JWRH6 - Q44QV-WM34T-B6G6K-CQ10, Q, Serv Tag #-5G07N41

  k.  One (1) Dell Mouse, S/N LZA35106878

  l.  One (1) pr. Dell Speakers CN-003431=48220- 4/V-030M.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on June 9, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on August 10, 2009 (Filing No. ).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the above-referenced properties, held by any person or entity, is hereby forever barred and foreclosed.

C. The above-referenced properties, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 10th day of August, 2009

            **BY THE COURT:**

            s/ Joseph F. Bataillon
            **JOSEPH F. BATAILLON, CHIEF JUDGE**
            **United States District Court**